IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MEXICOR DISTRIBUTORS, INC., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-1024 |
| | § | |
| AIKO IMPORTERS, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the plaintiffs' notice of dismissal, (Docket Entry No. 6), this action is dismissed with prejudice.

SIGNED on May 30, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge